App. Div.]                Third Department, November, 1926.

In the Matter of the Claim of JOSEPH THOMSON, Respondent, against J. W. SANDS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of FRANCESCO NIGRO, Respondent, against JOHN T. STANLEY CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no proof of dependency of the father of the deceased as required by the statute.* All concur.

In the Matter of the Claim of MORRIS URETSKY, Respondent, against J. GOLD & SONS and Others, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of ARTHUR CORRT, Respondent, against DONNER STEEL COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence on which to excuse the failure to give written notice. All concur.

In the Matter of the Claim of FANNIE STEINBERG and Others, Respondents, against HARRY GELFOND & Co. and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of L. MINOPOLIS, Respondent, against HORN & HARDART COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of MICHAEL BAGNANO, Respondent, against SMITH-HAMBURG-SCOTT WELDING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Awards unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of JOSEPHINE LAW, Respondent, against UNITED TRACTION COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of THERESA L. SPICE, Respondent, against RIDGEWOOD GROVE SPORTING CLUB and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that there is no legal proof to establish that the deceased's death was due to a fall arising out of the employment. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LUCIUS N. LITTAUER, Relator, v. JOHN F. GILCHRIST and Others, Constituting the STATE TAX COMMISSION OF THE STATE OF NEW YORK, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK W. BASS and Another, Relators, v. M. FRANK LOUGHMAN and Others, Constituting the STATE TAX COMMISSION OF THE STATE OF NEW YORK, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

* See Workmen's Compensation Law, § 17; Id. § 121-a, as added by Laws of 1923, chap. 46.— [REP.